**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSE FIGUEROA, *on behalf of himself and all*   :
*others similarly situated,*   :
  :
                    Plaintiffs,   :

-against-   :
  :
LA MAISON DU CHOCOLAT, INC.,   :
  :
                   Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

18 Civ. 9884 (GBD) (JLC)

GEORGE B. DANIELS, United States District Judge:

      The Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York           SO ORDERED.
       December 10, 2018

                               GEORGE B. DANIELS
                             United States District Judge